UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, et al., <br><br> Plaintiff(\s, <br><br> -against- <br><br> AT&T, et al., <br><br> Defendants. | Case No. 1:23-cv-07351 (JLR) <br><br> **ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS** |

JENNIFER L. ROCHON, United States District Judge:

On August 18, 2023, Plaintiff filed a putative class action on behalf of persons or entities who purchased or otherwise acquired publicly traded AT&T securities between November 2, 2018 and July 26, 2023, inclusive (the "Class Period"). ECF No. 1 ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

IT IS HEREBY ORDERED that **no later than September 14, 2023**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

Dated: August 24, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge