UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of all Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>AT&T INC., JOHN STANKEY, RANDALL L. STEPHENSON, PASCAL DESROCHES, and JOHN STEPHENS,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-07351-JLR<br><br>NOTICE OF MOTION OF THE NEW YORK CITY PUBLIC PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the New York City Public Pension Funds (the "NYC Funds")[1], by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing the NYC Funds as Lead Plaintiff on behalf of a class (the "Class") consisting of all persons and entities other than the above-captioned Defendants that purchased or otherwise acquired publicly traded AT&T Inc. securities between November 2, 2018 and July 26, 2023, inclusive; and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this Motion, the NYC Funds submit: (i) a Memorandum of Law; (ii) the Declaration of Jeremy A. Lieberman and its accompanying exhibits; and (iii) a Proposed Order.

Dated:  September 26, 2023                    Respectfully submitted,

                                              POMERANTZ LLP

                                              */s/ Jeremy A. Lieberman*
                                              Jeremy A. Lieberman
                                              J. Alexander Hood II
                                              Thomas H. Przybylowski
                                              600 Third Avenue, 20th Floor
                                              New York, New York 10016
                                              Telephone: (212) 661-1100
                                              Facsimile: (917) 463-1044
                                              jalieberman@pomlaw.com
                                              ahood@pomlaw.com
                                              tprzybylowski@pomlaw.com

---

[1] For purposes of this motion, the "NYC Funds" are the Teachers' Retirement System of the City of New York, the New York City Employees' Retirement System, the New York City Police Pension Fund, the New York City Fire Department Pension Fund, and the Board of Education Retirement System of the City of New York.

*Counsel for the New York City Public Pension
Funds and Proposed Lead Counsel for the Class*

Case 1:23-cv-07351-JLR   Document 24   Filed 09/26/23   Page 3 of 3

*Counsel for the New York City Public Pension
Funds and Proposed Lead Counsel for the Class*