UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T INC., JOHN STANKEY, RANDALL L. STEPHENSON, PASCAL DESROCHES, and JOHN STEPHENS,<br><br>Defendant. | Civil Action No. 1:23-cv-07351-JLR<br><br>CLASS ACTION |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff General Retirement System of the City of Detroit, and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  Dismissal under F.R.C.P. 41(a)(1)(A)(i) is therefore appropriate.

DATED:  October 4, 2023          Respectfully Submitted,

                                          ABRAHAM, FRUCHTER
                                              & TWERSKY, LLP
                                          MITCHELL M.Z. TWERSKY
                                          JACK G. FRUCHTER
                                          ATARA TWERSKY
                                          LAWRENCE D. LEVIT

                                          *s/ Lawrence D Levit*
                                          LAWRENCE D. LEVIT

                                          450 Seventh Avenue, 38th Floor
                                          New York, NY 10123
                                          Tel:  (212) 279-5050
                                          Fax: (212) 279-3655
                                          mtwersky@aftlaw.com
                                          jfruchter@aftlaw.com
                                          atwersky@aftlaw.com
                                          llevit@aftlaw.com

                                          *Attorneys for Plaintiff*

                                          VANOVERBEKE, MICHAUD
                                            & TIMMONY, P.C.
                                          MICHAEL VANOVERBEKE
                                          79 Alfred Street
                                          Detroit, MI 48201
                                          Tel:  (313) 578-1200
                                          Fax: (313) 578-1201
                                          mvanoverbeke@vmtlaw.com

                                          *Additional Counsel for Plaintiff*